```
 1  THOMAS P. O'BRIEN                              JS-6
    United States Attorney                         Entered
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    MARCUS M. KERNER
 4  California State Bar No. 107014
    Assistant United States Attorney
 5       411 West Fourth Street, Suite 8000
         Santa Ana, CA 92701
 6       Telephone: (714) 338-3532
         Facsimile: (714) 338-3523
 7       E-mail   : marcus.kerner@usdoj.gov
    Attorneys for Defendant,
 8  Michael J. Astrue, Commissioner of
    Social Security
 9
```

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
AUG 11 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JOANN BAINES, | ) | No. ED CV 09-67-RNB |
| Plaintiff, | ) | JUDGMENT OF REMAND |
| v. | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

The Court having received and approved the Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

Dated <u>August 10, 2009.</u>

_____
HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE