LAW OFFICES OF BILL LATOUR
Bill LaTour [CSBN: 169758]
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOANN BAINES, | No. EDCV 09-067 RNB |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS and 00/cents ($2,500.00) as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: September 11, 2009

                                                  _____
                                                HON. ROBERT N. BLOCK
                                                UNITED STATES MAGISTRATE JUDGE